**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-7212**

───────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

WILLIAM R. TAYLOR,

                                        Defendant - Appellant.


───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CR-99-368, CA-02-4)

───────────

Submitted:  October 10, 2002        Decided:  January 10, 2003

───────────

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

William R. Taylor, Appellant Pro Se.  Brian Ronald Hood, Assistant
United States Attorney, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Raymond Taylor seeks to appeal the district court's order dismissing as untimely his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and find no error.  See United States v. Taylor, Nos. CR-99-368; CA-02-4 (E.D. Va. Aug. 3, 2002).  Accordingly, we deny a certificate of appealability, 28 U.S.C. § 2253 (2000), and dismiss the appeal.  We further deny Taylor's motion to proceed in forma pauperis on appeal and we also deny his motion to have transcripts prepared at the Government's expense because he has failed to show the existence of a substantial question in accordance with 28 U.S.C. § 753(f) (2000). See also Maloney v. E. I. DuPont de Nemours & Co., 396 F.2d 939 (D.C. Cir. 1967).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED